Richard F. Ensor (10877)
MICHAEL BEST & FRIEDRICH, LLP
6995 Union Park Center, Suite 100
Salt Lake City, Utah 84047
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

Attorneys for Plaintiffs Contour, LLC and Contour IP Holding, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| CONTOUR, LLC, a Utah limited liability company, and CONTOUR IP HOLDING, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>iON WORLDWIDE INC., a Delaware corporation, and GIOVANNI TOMASELLI, a citizen of the Commonwealth of Australia and/or the Republic of Italy,<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:16-cv-00138<br><br>Judge Dee Benson |

Plaintiffs Contour, LLC and Contour IP Holding, LLC ("Plaintiffs"), by and through the undersigned counsel of record, hereby provides notice of dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a), dismissing Plaintiffs' claims against Defendants iON Worldwide, Inc. and Giovanni Tomaselli without prejudice.

DATED this 13th day of June 2016.

                                          MICHAEL BEST & FRIEDRICH, LLP

                                          /s/ Richard F. Ensor
                                          Attorneys for Plaintiffs